UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Wendy Justiz,<br><br>            Plaintiff,<br><br>     v.<br><br>Virgin American Airlines,<br><br>            Defendant. | Case No.: 2:13-cv-145-JAD-GWF<br><br>**Order Dismissing Action** |

    Plaintiff Wendy Justiz filed an application for leave to proceed *in forma pauperis* on January 28, 2013.  Her complaint was dismissed without prejudice for failing to exhaust her administrative remedies, and she was instructed to file an amended complaint with her right-to-sue letter to cure that defect by May 14, 2013.  *See* Doc. 2.  Plaintiff instead filed an Addendum to Complaint (Doc. 5 - "Addendum") on April 8, 2013, simply attaching her right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").  On the Addendum, she inquired whether the Addendum was sufficient in lieu of an amended complaint.

    Unfortunately, the Court did not perceive Plaintiff's request and did not respond to her inquiry; when the Court caught the inquiry, it informed Justiz on March 17, 2014, that an amended complaint would be required and ordered Justiz to file a proper amended complaint by April 16, 2014, attaching her right-to-sue letter.  Doc. 7.  The Court indicated that it would grant the amended complaint *nunc pro tunc* to the date of the initial filing if Justiz filed it by

April 16, 2014. *See id*. Justiz has not filed an amended complaint; in fact, she has not filed anything in this case in more than a year.

As Plaintiff has been twice ordered to file an amended complaint to revive her already-dismissed claims and she has failed to do so, it is **HEREBY ORDERED** that this case is dismissed without prejudice.

DATED: May 13, 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2